Christopher A. Carr (#44444)
ccarr@afrct.com
Yaw-Jiun (Gene) Wu (#228240)
gwu@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN
CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, CA 91101
T: (626) 535-1900
F: (626) 577-7764

Attorneys for Defendant
AMERICA'S SERVICING COMPANY, a
division of Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| DANIEL MAJOR EDSTROM, an individual; and TERI ANNE EDSTROM, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>NDEX WEST, LLC, a Delaware limited liability company; MORTGAGE LENDERS NETWORK USA, INC., a Delaware corporation; AMERICA's SERVICING COMPANY, an entity form unknown; MORTGAGE ELECTRONIC REGISTRATION SERVICES (MERS); and DOES 1-10,000,<br><br>Defendants. | CASE NO.:<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY DEFENDANT AMERICA'S SERVICING COMPANY |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND THE HONORABLE UNITED STATES DISTRICT JUDGE, AS ASSIGNED:

The undersigned, on behalf of Defendant AMERICA'S SERVICING COMPANY, a division of Wells Fargo Bank, N.A. hereby certifies that the following listed persons, associations of persons, firms, partnerships corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1.    Defendant America's Servicing Company, a division of Wells Fargo Bank,

1 | N.A., a national banking association;

2 |   2. Wells Fargo & Co. is the publicly traded parent corporation of Wells Fargo
3 | Bank.

                Respectfully submitted,

Dated: January 13, 2010    ANGLIN, FLEWELLING, RASMUSSEN,
                 CAMPBELL & TRYTTEN LLP

            By: /s/ Christopher A. Carr
               Christopher A. Carr
             Attorneys for
             AMERICA'S SERVICING COMPANY

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the following document(s): **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY DEFENDANT AMERICA'S SERVICING COMPANY** on all interested parties in said case addressed as follows:

Served Electronically via Court's CM/ECF System:
**Served by Other Means:**

Richard A. Hall, Esq.
Bottomline Lawyers
985 Lincoln Way, Suite 206
Auburn, California 95601

Tel: (530) 888-7100                                    Fax (866) 305-1238

☒ **BY MAIL:** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Pasadena, California, in sealed envelopes with postage fully thereon.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on **January 13, 2010.**

_Helene Saller_                                     _/s/ Helene S_
(Print name)                                        (Signature)