1  Christopher A. Carr (#44444)
     ccarr@afrct.com
2  Yaw-Jiun (Gene) Wu (#228240)
     gwu@afrct.com
3  ANGLIN, FLEWELLING, RASMUSSEN
   CAMPBELL & TRYTTEN LLP
4  199 South Los Robles Avenue, Suite 600
   Pasadena, CA 91101
5  T: (626) 535-1900
   F: (626) 577-7764
6
   Attorneys for Defendant
7  AMERICA'S SERVICING COMPANY, a
   division of Wells Fargo Bank, N.A.
8

9              UNITED STATES DISTRICT COURT

10         EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

11

| 12 | DANIEL MAJOR EDSTROM, an individual; and TERI ANNE EDSTROM, an individual, | CASE NO.: 2:10-CV-00105-FCD-KJM |
|---|---|---|
| 13 | | |
| 14 | Plaintiffs, | DEFENDANT AMERICA'S SERVICING COMPANY, A DIVISION OF WELLS FARGO BANK, N.A. NOTICE THAT STATE COURT HAS RECEIVED THE REMOVAL NOTICE |
| 15 | vs. | |
| 16 | NDEX WEST, LLC, a Delaware limited liability company; MORTGAGE LENDERS NETWORK USA, INC., a Delaware corporation; AMERICA's SERVICING COMPANY, an entity form unknown; MORTGAGE ELECTRONIC REGISTRATION SERVICES (MERS); and DOES 1-10,000, | |
| 17 | | |
| 18 | | |
| 19 | Defendants. | |
| 20 | | |

21    TO THE CLERK OF THE ABOVE-ENTITLED COURT, THE HONORABLE

22  UNITED STATES DISTRICT JUDGE, PLAINTIFFS AND THEIR ATTORNEY OF

23  RECORD:

24    PLEASE TAKE NOTICE that the Notice to State Court of Removal of Action to the

25  United States District Court was filed with the El Dorado County Superior Court on February

26  8, 2010.

27  //

28  //

| | |
|---|---|
| 1 | A copy of the conformed caption page is attached hereto as Exhibit A |
| 2 | |
| 3 | Respectfully submitted, |
| 4 | Dated: February 10, 2010   ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL & TRYTTEN LLP |
| 5 | |
| 6 | By:  /s/ Christopher A. Carr |
| 7 | Christopher A. Carr  Attorneys for Defendant |
| 8 | AMERICA'S SERVICING COMPANY, a division of Wells Fargo Bank, N.A. |

```
EL DORADO CO. SUPERIOR CT.

FILED   FEB 08 2010

By C. DeRenne
              Deputy
```

1  Christopher A. Carr (#44444)
   Yaw-Jiun Wu (#228240)
2  ANGLIN, FLEWELLING, RASMUSSEN
   CAMPBELL & TRYTTEN LLP
3  199 South Los Robles Avenue, Suite 600
   Pasadena, CA  91101
4  Tel: 626.535.1900
   Fax: 626.577.7764
5
   Attorneys for Defendant
6  AMERICA'S SERVICING COMPANY,
   a division of Wells Fargo Bank, N.A.
7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                        FOR THE COUNTY OF EL DORADO

10

11  DANIEL MAJOR EDSTROM, an individual;    )  Case No. PC20090773
    and TERI ANNE EDSTROM, an individual;   )
12                                          )
                  Plaintiffs,               )  **NOTICE TO STATE COURT OF**
13                                          )  **REMOVAL OF ACTION TO UNITED**
         vs.                                )  **STATES DISTRICT COURT**
14                                          )
    NDEX WEST, LLC, a Delaware limited      )
15  liability company; MORTGAGE LENDERS     )
    NETWORK USA, INC., a Delaware           )
16  corporation; AMERICA'S SERVICING        )
    COMPANY, an entity form unknown;        )
17  MORTGAGE ELECTRONIC                     )
    REGISTRATION SERVICES (MERS; and        )
18  DOES 1-10,000,                          )
                                            )
19                Defendants.               )

20  TO THE CLERK, TO PLAINTIFFS AND THEIR ATTORNEY OF RECORD:

21      PLEASE TAKE NOTICE that defendant AMERICA'S SERVICING COMPANY,

22  a division of Wells Fargo Bank, N.A., filed a notice removing this action to the United States

23  District Court, Eastern District of California, on January 13, 2010, which was assigned case number

24  2:10-CV-00105-FCD-KJM.

25  //

26  //

27  //

28  //

EXHIBIT A - PAGE 3

J:\Docs\03679.015\St. Ct. Ntc re Removal-189952.DOC          1
NOTICE TO STATE COURT REGARDING REMOVAL TO UNITED STATES DISTRICT COURT

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the following document(s):
**DEFENDANT AMERICA'S SERVICING COMPANY, A DIVISION OF WELLS FARGO BANK, N.A. NOTICE THAT STATE COURT HAS RECEIVED THE REMOVAL NOTICE**
on all interested parties in said case addressed as follows:

Served Electronically via Court's CM/ECF System:

Richard A. Hall, Esq.
Bottomline Lawyers
985 Lincoln Way, Suite 206
Auburn, California 95601

Tel: (530) 888-7100                                    Fax (866) 305-1238

☐ **BY MAIL:** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Pasadena, California, in sealed envelopes with postage fully thereon.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on **February 10, 2010**

_Helene Saller_                                          _(Signature)_
(Print name)