RICHARD A. HALL (SBN 135483)
**BOTTOMLINE LAWYERS**
985 Lincoln Way, Suite 206
Auburn, California 95603
Telephone: (530) 888-7100
Facsimile: (866) 305-1238

Attorneys for Plaintiffs
DANIEL MAJOR EDSTROM, an individual; and
TERI ANNE EDSTROM, an individual

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MAJOR EDSTROM, an individual; and TERI ANNE EDSTROM, an individual;<br><br>　　　Plaintiffs,<br><br>v.<br><br>NDEX WEST, LLC, a Delaware limited liability company, etc.,<br><br>　　　Defendants. | CASE NO. 2:10-CV-00105-FCD-KJM<br><br>ORDER RE PLAINTIFFS' EX PARTE APPLICATION FOR ORDER ENLARGING TIME WITHIN WHICH SUMMONS AND COMPLAINT MUST BE SERVED |

　　　The Court, having considered plaintiffs' ex parte application for order enlarging time within which summons and complaint must be served, including the declaration of Richard A. Hall, and accompanying memorandum of points and authorities, finds as follows:

　　　1.　　Plaintiffs have established good cause for ex parte relief.

　　　2.　　Plaintiffs have also established good cause for the Court enlarging a second time the time within which the complaint and summons must be served.

　　　THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, AS FOLLOWS:

/ / / /

/ / / /

1   The time within which plaintiffs must serve this lawsuit is enlarged from June 14, 2010,
2 to June 21, 2010.
3   IT IS SO ORDERED.
4 DATED: June 14, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE