RICHARD A. HALL (SBN 135483)
**BOTTOMLINE LAWYERS**
985 Lincoln Way, Suite 206
Auburn, California 95601
Telephone: (530) 888-7100
Facsimile: (866) 305-1238

Attorneys for Plaintiffs
DANIEL MAJOR EDSTROM, an individual;
and TERI ANNE EDSTROM, an individual

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MAJOR EDSTROM, an individual; and TERI ANNE EDSTROM, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> NDEX WEST, LLC, a Delaware limited liability company; etc., <br><br> Defendants. | CASE NO. 2:2010-cv-00105 <br><br> STIPULATION TO CONTINUE DATE FOR HEARING MOTION TO DISMISS AND ORDER THEREON |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

The hearing on the motion to dismiss, filed by defendants America's Servicing Company and MERS, currently scheduled for September 10, 2010, is hereby continued to October 8, 2010, at the same place and time.

Dated: August 25, 2010.

                             ANGLIN, FLEWELLING, RASMUSSEN
                             CAMPBELL & TRYTTEN LLP

            By: _____
                             Christopher A. Carr
                             Attorneys for America's Servicing Company, a
                             division of Wells Fargo Bank, N.A., and
                             Mortgage Electronic Registration Systems, Inc.

**[Signatures Continue Next Page]**

1 | Dated: August 25, 2010.                    BOTTOMLINE LAWYERS

                                   By: _____/s/ Richard A. Hall_____
                                        Richard A. Hall
                                        Attorneys for Plaintiffs


                                              - o0o -

    IT IS SO ORDERED.

    Dated: _____

                                        _____
                                        FRANK C. DAMRELL, JR., JUDGE
                                        UNITED STATES DISTRICT COURT
                                        EASTERN DISTRICT OF CALIFORNIA

## CERTIFICATE OF SERVICE

I am employed in the County of Placer, State of California. I am over the age of 18 and not a party to the within action. My business address is 985 Lincoln Way, Auburn, California 95603. On August 25, 2010, I served the following parties with a copy of "Stipulation To Continue Date for Hearing Motion To Dismiss; Order Thereon," as follows:

By ECM/ECF transmission through the Court's approved electronic filing system to:

**Attorneys for Defendants**
**America's Servicing Company, a division of Wells Fargo Bank, N.A., and Mortgage Electronic Registration Systems, Inc.**
Christopher A. Carr
(Ccarr@afrct.com

I also sent a copy to Judge Damrell, at FCDorders@caed.uscourts.gov.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct. Executed on August 25, 2010, at Auburn, California.

_____
Richard A. Hall