RICHARD A. HALL (SBN 135483)
**BOTTOMLINE LAWYERS**
985 Lincoln Way, Suite 206
Auburn, California 95601
Telephone: (530) 888-7100
Facsimile: (866) 305-1238

Attorneys for Plaintiffs
DANIEL MAJOR EDSTROM, an individual;
and TERI ANNE EDSTROM, an individual

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MAJOR EDSTROM, an individual; and TERI ANNE EDSTROM, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>NDEX WEST, LLC, a Delaware limited liability company; etc.,<br><br>    Defendants.<br>_____ | CASE NO. 2:10-cv-00105 FCD KJM<br><br>STIPULATION AND ORDER TO CONTINUE DATE FOR HEARING MOTION TO DISMISS |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

The hearing on the motion to dismiss, filed by defendants America's Servicing Company and MERS, currently scheduled for September 10, 2010, is hereby continued to October 8, 2010, at the same place and time.

Dated: August 25, 2010.

                                      ANGLIN, FLEWELLING, RASMUSSEN
                                      CAMPBELL & TRYTTEN LLP

                      By:   ___/s/_____
                             Christopher A. Carr
                             Attorneys for America's Servicing Company, a
                             division of Wells Fargo Bank, N.A., and
                             Mortgage Electronic Registration Systems, Inc.

1 | Dated: August 25, 2010.                    BOTTOMLINE LAWYERS

3 | By:    ____/s/_____
4 |        Richard A. Hall
         Attorneys for Plaintiffs

6 |
7 | IT IS SO ORDERED.
8 | Dated: August 25, 2010
9 |                                         _____
                                            FRANK C. DAMRELL, JR.
                                            UNITED STATES DISTRICT JUDGE