3   RICHARD A. HALL (SBN 135483)
**BOTTOMLINE LAWYERS**
985 Lincoln Way, Suite 206
Auburn, California 95601
Telephone: (530) 888-7100
Facsimile: (866) 305-1238

Attorneys for Plaintiffs
DANIEL MAJOR EDSTROM, an individual;
and TERI ANNE EDSTROM, an individual

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MAJOR EDSTROM, an individual; and TERI ANNE EDSTROM, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NDEX WEST, LLC, a Delaware limited liability company; etc.,<br><br>Defendants. | CASE NO. 2:2010-cv-00105<br><br>AMENDED STIPULATION TO CONTINUE DATE FOR HEARING MOTION TO DISMISS AND ORDER THEREON<br><br>DATE: October 8, 2010<br>TIME: 10:00 a.m.<br>DEPT: 2 |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

The hearing on the motion to dismiss, filed by defendants America's Servicing Company and MERS, currently scheduled for September 10, 2010, is hereby continued to October 8, 2010 at 10:00 a.m. in Dept. 2.

Dated: September 2, 2010.

ANGLIN, FLEWELLING, RASMUSSEN
CAMPBELL & TRYTTEN LLP

By:   /s/   Christopher A. Carr
Christopher A. Carr
Attorneys for America's Servicing Company, a division of Wells Fargo Bank, N.A., and Mortgage Electronic Registration Systems, Inc.

-1-

**[Signatures Continue Next Page]**

Dated: September 2, 2010.        BOTTOMLINE LAWYERS

By:   /s/   Richard A. Hall
Richard A. Hall
Attorneys for Plaintiffs

- o0o -

IT IS SO ORDERED.

Dated: _____

_____
FRANK C. DAMRELL, JR., JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**CERTIFICATE OF SERVICE**

I am employed in the County of Placer, State of California. I am over the age of 18 and not a party to the within action. My business address is 985 Lincoln Way, Auburn, California 95603. On September 2, 2010, I served the following parties with a copy of "Stipulation To Continue Date for Hearing Motion To Dismiss; Order Thereon," as follows:

By ECM/ECF transmission through the Court's approved electronic filing system to:

**Attorneys for Defendants**
**America's Servicing Company, a division of Wells Fargo Bank, N.A., and Mortgage Electronic Registration Systems, Inc.**
Christopher A. Carr
(Ccarr@afrct.com

I also sent a copy to Judge Damrell, at FCDorders@caed.uscourts.gov.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct. Executed on September 2, 2010, at Auburn, California.

    /s/   Richard A. Hall
Richard A. Hall

-3-