RICHARD A. HALL (SBN 135483)
**BOTTOMLINE LAWYERS**
985 Lincoln Way, Suite 206
Auburn, California 95601
Telephone: (530) 888-7100
Facsimile: (866) 305-1238

Attorneys for Plaintiffs
DANIEL MAJOR EDSTROM, an individual;
and TERI ANNE EDSTROM, an individual

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MAJOR EDSTROM, an individual; and TERI ANNE EDSTROM, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> NDEX WEST, LLC, a Delaware limited liability company; AMERICA'S SERVICING COMPANY, an entity form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS); and DOES 1-10,000, <br><br> Defendants. | Case No. 2:2010-CV-00105 <br><br> Stipulation of the Parties for Extension of Time Within Which Plaintiffs' Must File [Proposed] Second Amended Complaint In Support of Motion and Notice of Motion for Leave To File Second Amended Complaint <br><br> Date: December 3, 2010 <br> Time: 10 a.m. <br> Dept: 2 |

THE PARTIES STIPULATE AS FOLLOWS:

1. On calendar is defendants ASC and MERS' motion to dismiss first amended complaint, which is scheduled for hearing on October 8, 2010.

2. Plaintiffs' opposition to the motion to dismiss is due on September 24, 2010.

3. Counsel for plaintiffs has notified counsel for MERS and ASC, Christopher Carr, that plaintiffs intend on filing, concurrent with the opposition to motion to dismiss, a motion for leave to file second amended complaint.

4. Counsel for plaintiffs has also notified Mr. Carr that the opposition to the motion

1  to dismiss will be filed timely, as will the motion and notice of motion for leave to file second
2  amended complaint, along with the supporting memorandum.

3      5.    Plaintiffs' counsel requested, and Mr. Carr agreed, that plaintiffs may have
4  additional time within which to file the [proposed] second amended complaint, which will be an
5  exhibit to the declaration (of Richard A. Hall) in support of the motion and notice of motion for
6  leave to file second amended complaint.

7      6.    The parties agree that plaintiffs shall have until Thursday, September 30, 2010,
8  within which to file the Declaration of Richard A. Hall, which will include as an exhibit, the
9  [proposed] second amended complaint.

10  IT IS SO STIPULATED AND AGREED.

11  Dated: September 24, 2010.          ANGLIN, FLEWELLING, RASMUSSEN
                                         CAMPBELL & TRYTTEN
12
13
14                              By:   Christopher A. Carr
                                      Christopher A. Carr
                                      Attorneys for Defendants
15                                    ASC and MERS
16
17  Dated: September 24, 2010.          BOTTOMLINE LAWYERS
18
19                              By:   Richard A. Hall
                                      Richard A. Hall
20                                    Attorneys for Plaintiffs

21                                           o0o

22  IT IS SO ORDERED.

23  Dated: _____

24
                                         _____
25                                       Frank C. Damrell, Jr.
                                         Judge of the U.S. District Court
26                                       Eastern District of California
27
28