RICHARD A. HALL (SBN 135483)
**BOTTOMLINE LAWYERS**
985 Lincoln Way, Suite 206
Auburn, California 95601
Telephone: (530) 888-7100
Facsimile: (866) 305-1238

Attorneys for Plaintiffs
DANIEL MAJOR EDSTROM, an individual;
and TERI ANNE EDSTROM, an individual

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MAJOR EDSTROM, an individual; and TERI ANNE EDSTROM, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>NDEX WEST, LLC, a Delaware limited liability company; AMERICA'S SERVICING COMPANY, an entity form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS); and DOES 1-10,000,<br><br>    Defendants. | CASE NO. 2:2010-cv-00105<br><br>Plaintiffs' Ex Parte Application To Remove Entry of Default Against Ndex West; Order Thereon |

Plaintiffs apply ex parte to remove the entry of default entered on September 27, 2010, against defendant NDex West. The request to enter default, dated September 24, 2010, was entered through mistake and inadvertence of attorneys for plaintiffs, as is explained below.

**Declaration of Richard A. Hall**

1.  I represent the plaintiffs in this action. I have personal knowledge of the matters stated herein, and if called as a witness to testify, will competently do so.

2.  I filed a request for entry of default against defendant NDEX West, on September 24, 2010.

3.  The entry of default was entered on September 27, 2010.

4.  On September 26, I discovered that on September 13 I had granted counsel for

1 NDEX West an extension of time til October 4 to respond to the complaint.

2     5. When I drafted the request for entry of default, I had forgotten about the extension
3 I had provided to counsel for NDEX West.

4     6. Only after the entry of default was entered, on September 27, 2010, did I realize
5 my error.

6     7. Thus the request for entry of default, filed on September 24, 2010, was entered
7 through inadvertence or excusable neglect.

8     8. I have since spoken with counsel who assures me he will have a responsive
9 pleading on file by no later than October 6, 2010.

10     9. Therefore, I respectfully request the Court order that my request the entry of
11 default of September 27, 2010, be withdrawn, and thereby remove the entry of default of NDEX
12 West, entered September 27, 2010.

13     10. Counsel for NDEX West has assured me that once the order withdrawing the
14 request for entry of default is entered, counsel will get a stipulation for the extension of time to
15 respond, accompanied by an order.

16 I declare under penalty of perjury under the laws of the United States that the foregoing is
17 true and correct and that this declaration is executed on October 4, 2010, at Auburn, California.

                                        /s/ Richard A. Hall
                                        Richard A. Hall

                                 0o0

IT IS SO ORDERED.

Dated: _____

                                        Frank C. Damrell, Jr. Judge
                                        United States District Court
                                        Eastern District of California

**CERTIFICATE OF SERVICE**

I am employed in the County of Placer, State of California. I am over the age of 18 and

not a party to the within action. My business address is 985 Lincoln Way, Auburn, California 95603. On October 4, 2010, I served the following parties with copies of the following:

"Plaintiffs' Ex Parte Application To Remove Entry of Default Against Ndex West; Order Thereon"

by ECM/ECF transmission through the Court's approved electronic filing system to:

**Attorneys for Defendants**
**America's Servicing Company, a division of Wells Fargo Bank, N.A., and Mortgage Electronic Registration Systems, Inc.**
Christopher A. Carr
(Ccarr@afrct.com)

X  **(BY MAIL)** - In a sealed envelope, addressed as stated below, with postage thereon fully prepaid, and caused such envelope to be placed in the United States mail in Auburn, California. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice, mail is deposited for mailing with the United States Postal Service in Sacramento in the ordinary course of business on the same day mail is placed in the office receptacle for mailing, with postage thereon fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

NDEX West, LLC
c/o CT Corporation System
818 West Seventh Street, 2nd Floor
Los Angeles, California 90017

I also sent a copy to Judge Damrell, at FCDorders@caed.uscourts.gov.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct. Executed on October 4, 2010, at Auburn, California.

/s/ Richard A. Hall
Richard A. Hall