1  EDWARD A. TREDER
   State Bar No. 116307
2  THOMAS K. AGAWA
   State Bar No. 175952
3  BARRETT DAFFIN FRAPPIER
   TREDER & WEISS, LLP
4  20955 Pathfinder Road, Suite 300
   Diamond Bar, California 91765
5  Tel: (626) 371-7032
   Email: ThomasA@BDFGroup.com
6
7  Attorneys for Defendant NDEX WEST, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO**

| | |
|---|---|
| DANIEL MAJOR EDSTROM, an individual, and TERI ANNE EDSTROM, an individual,<br><br>    Plaintiffs,<br><br>  v.<br><br>NDEX WEST, LLC, a Delaware limited liability company; AMERICA'S SERVICING COMPANY, an entity form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS); and DOES 1-10,000,<br><br>    Defendants. | CASE NO.: 2:10-cv-00105 FCD KJM<br><br>**DEFENDANT NDEX WEST, LLC'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**<br><br>Courtroom: 2<br>Hon. Frank C. Damrell, Jr.<br>501 "I" Street, Sacramento, CA 95814<br>T: (916) 930-4000 (General) |

# DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

TO THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA AND TO ALL INTERESTED PARTIES PURSUANT TO FED. R. CIV. P. 7.1 HEREIN:

The undersigned, counsel of record for defendant NDEx WEST, LLC, a Delaware limited liability company ("Defendant") certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal:

Defendant & Affiliated Non-Party Entities:

1. National Default Exchange Holdings, LP, a Delaware limited partnership.

2. Dolan Media Company, a Delaware corporation.

Counsel for Defendant:
3. EDWARD A. TREDER
State Bar No. 116307
THOMAS K. AGAWA
State Bar No. 175952
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, California 91765
 Tel:  (626) 371-7032
Email: ThomasA@BDFGroup.com

\\\

<u>Other Defendants</u>

4. WELLS FARGO BANK, N.A. doing business as AMERICA'S SERVICING COMPANY,

5. MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

<u>Plaintiffs</u>

6. DANIEL MAJOR EDSTROM

7. TERI ANNE EDSTROM

<u>Lawyer for Plaintiffs</u>
RICHARD A. HALL [SBN 135483]
BOTTOMLINE LAWYERS
985 Lincoln Way, Suite 206
Auburn, California 95601
Telephone: (530) 888-7100
Fax: (866) 305-1238.

Dated: October 6, 2010                    BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP

*/s/ Thomas K. Agawa*

By:
   EDWARD A. TREDER
   THOMAS K. AGAWA
   Attorneys for Defendant NDEx WEST, LLC

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, Thomas K. Agawa, hereby certify that on October 6, 2010, a true and correct copy of **DEFENDANT NDEX WEST, LLC'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** was filed electronically and is available for viewing and downloading from the ECF system.

Unless otherwise noted herein, the following parties are deemed to have consented to electronic service of documents filed through the ECF system:

| Plaintiffs' Lawyer | Attorneys for Defendant ASC & MERS |
|---|---|
| RICHARD A. HALL [SBN 135483] | Christopher A. Carr, Esq. |
| BOTTOMLINE LAWYERS | Yaw-Jiun Gene Wu, Esq. |
| 985 Lincoln Way, Suite 206 | ANGLIN FLEWELLING RASMUSSEN |
| Auburn, California 95601 | CAMPBELL AND TRYTTEN, LLP |
| Telephone: (530) 888-7100 | 199 South Los Robles Avenue, Suite 600 |
| Fax: (866) 305-1238 | Pasadena, CA 91101 |
|  | T: (626) 535-1900 |
|  | F: (626) 577-7764 |

Executed on October 6, 2010, at Diamond Bar, California.

I declare under penalty of perjury under the laws of the United States of California that the above is true and correct.

*Thomas K. Agawa* (signature)

Thomas K. Agawa, Esq.