# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| Daniel Major Edstrom and Teri Anne Edstrom | ) |
| | ) |
| v. | ) Case No.: 2:10-cv-00105-FCD-KJM |
| NDEX West, LLC; Mortgage Lenders Network | ) |
| USA, INC.; America's Servicing Company, et al. | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __10/18/2010__ against __Daniel Major and Teri Anne Edstrom__,
                                                                           *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 350.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL | $ 350.00 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service         ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:   /s/ Christopher A. Carr

Name of Attorney:  Christopher A. Carr

For:  America's Servicing Company, a div. of Wells Fargo Bank, N.A.; Mortgage Electronic Registration Systems, Inc.           Date: 11/12/2010
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____   By:   _____   _____
*Clerk of Court*               *Deputy Clerk*              *Date*

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
     "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
     "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
     Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

     When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

     Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

<u>Daniel Major Edstrom v. NDEx West, LLC, etc., et al.</u>

United States District court – Eastern District – Sacramento
Case No. 10CV-00105-FCD-KJM

## FEES OF THE CLERK
## (U.S.D.C.)

| FILING DATE | EVENT/DOCUMENT | COSTS |
|---|---|---|
| 01/14/2010 | First Appearance Fee | $350.00 |
|  | TOTAL: | <u>$350.00</u> |

CIVIL

# U.S. District Court
## Eastern District of California - Live System (Sacramento)
## CIVIL DOCKET FOR CASE #: 2:10-cv-00105-FCD-KJM

Edstrom et al v. NDEX West, LLC et al
Assigned to: Judge Frank C. Damrell, Jr
Referred to: Magistrate Judge Kimberly J. Mueller
Cause: 28:1441 Petition for Removal

Date Filed: 01/13/2010
Jury Demand: Plaintiff
Nature of Suit: 371 Truth in Lending
Jurisdiction: Federal Question

**Plaintiff**

**Daniel Major Edstrom**      represented by **Richard Alan Hall**
BottomLine Lawyers
985 Lincoln Way
Suite 206
Auburn, CA 95603
530-888-7100
Fax: 866-305-1238
Email: caed@bottomlinelawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Teri Anne Edstrom**      represented by **Richard Alan Hall**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**NDEX West, LLC**      represented by **Thomas Keiji Agawa**
Barett Daffin Frappier Treder and Weiss
20955 Pathfinder Road
Suite 300
Diamond Bar, CA 91765
626-371-7032
Email: thomasa@bdftw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mortgage Lenders Network USA, Inc.**
*TERMINATED: 06/09/2010*

**Defendant**

**America's Servicing Company**
*TERMINATED: 10/18/2010*

represented by **Christopher A. Carr**
Anglin Flewelling Rasmussen Campbell
and Trytten, LLP
199 South Los Robles Avenue
Suite 600
Pasadena, CA 91101
626-535-1900
Fax: 626-577-7764
Email: ccarr@afrct.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Yaw-Jiun Gene Wu**
Anglin, Flewelling, Rasmussen, Campbell
& Trytten Llp
199 South Los Robles Avenue
Suite 600
Pasadena, CA 91107
626-535-1900-239
Fax: 626-577-7764
Email: gwu@afrct.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mortgage Electronic Registration Services**
*TERMINATED: 10/18/2010*

represented by **Christopher A. Carr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 01/13/2010 | 1 | NOTICE of REMOVAL from El Dorado County Superior Court, case number PC20090773. by America's Servicing Company.(Carr, Christopher) (Entered: 01/13/2010) |
| 01/13/2010 | 2 | CIVIL COVER SHEET by America's Servicing Company (Carr, Christopher) (Entered: 01/13/2010) |
| 01/13/2010 | 3 | NOTICE *Certification and Notice of Interested Parties* by America's Servicing Company. (Carr, Christopher) (Entered: 01/13/2010) |
| 01/14/2010 |   | RECEIPT number #CAE200023031 $350.00 fbo Americas Servicing Company by Margaret Pink AFRCT LLP on 1/14/2010. (Owen, K) (Entered: 01/14/2010) |
| 01/14/2010 | 5 | CIVIL NEW CASE DOCUMENTS ISSUED; (Attachments: # 1 Consent Forms, # 2 VDRP Forms) (Owen, K) (Entered: 01/14/2010) |
| 02/10/2010 | 6 | CERTIFICATE of SERVICE by America's Servicing Company. (Carr, Christopher) (Entered: 02/10/2010) |

| | | |
|---|---|---|
| 03/02/2010 | 7 | CERTIFICATE of SERVICE 5 ORDER re joint status report by America's Servicing Company. Attorney Wu, Yaw-Jiun Gene added. (Wu, Yaw-Jiun Gene) Modified on 3/3/2010 (Kaminski, H). (Entered: 03/02/2010) |
| 03/05/2010 | 8 | NOTICE of LIS PENDENS by Daniel Major Edstrom, Teri Anne Edstrom. (Hall, Richard) (Entered: 03/05/2010) |
| 03/15/2010 | 9 | JOINT STATUS REPORT by Daniel Major Edstrom, Teri Anne Edstrom. (Hall, Richard) (Entered: 03/15/2010) |
| 04/07/2010 | 10 | MINUTE ORDER by CRD M. Krueger for Judge Frank C. Damrell, Jr on 4/7/2010: The Court has reviewed the Status Report filed on March 15, 2010 9, and not all defendants have participated in the completion of the report. The Order Requiring Joint Status Report filed January 14, 2010, requires all named parties to participate in its completion. If this cannot be accomplished plaintiff's counsel shall contact the Courtroom Deputy for further instructions prior to the submission of any report. Accordingly, the parties shall file a new Joint Status Report with all named defendants participating in its completion on or before July 13, 2010. The plaintiff shall serve a copy of this Minute Order on any defendant who has not made appearance. (TEXT ONLY) (Krueger, M) (Entered: 04/07/2010) |
| 05/12/2010 | 11 | EX PARTE APPLICATION for Order Enlarging Time to Serve Complaint by Daniel Major Edstrom, Teri Anne Edstrom. (Hall, Richard) Modified on 5/12/2010 (Krueger, M). (Entered: 05/12/2010) |
| 05/12/2010 | 12 | PROPOSED ORDER re Ex Parte Application 11 by Plaintiffs. (Hall, Richard) Modified on 5/12/2010 (Krueger, M). (Entered: 05/12/2010) |
| 05/13/2010 | 13 | ORDER signed by Judge Frank C. Damrell, Jr on 05/13/10 GRANTING 11 Motion for Extension of time to serve lawsuit. Service due by 06/14/10. (Williams, D) (Entered: 05/13/2010) |
| 06/08/2010 | 14 | NOTICE of RELATED CASE 2:10-cv-01397-JAM-JFM by America's Servicing Company. (Carr, Christopher) (Entered: 06/08/2010) |
| 06/08/2010 | 15 | FIRST AMENDED COMPLAINT by Daniel Major Edstrom, Teri Anne Edstrom.. (Hall, Richard) Modified on 6/9/2010 (Krueger, M). (Entered: 06/08/2010) |
| 06/09/2010 | | PARTY UPDATE: Mortgage Lenders Network USA, Inc. terminated per Amended Complaint. (Krueger, M) (Entered: 06/09/2010) |
| 06/13/2010 | 16 | SECOND EX PARTE APPLICATION for Order Enlarging the Time to Serve Complaint by Daniel Major Edstrom, Teri Anne Edstrom. (Hall, Richard) Modified on 6/14/2010 (Krueger, M). (Entered: 06/13/2010) |
| 06/13/2010 | 17 | PROPOSED ORDER Order Enlarging Time to Serve Complaint by Daniel Major Edstrom, Teri Anne Edstrom. (Hall, Richard) Modified on 6/14/2010 (Krueger, M). (Entered: 06/13/2010) |
| 06/14/2010 | 18 | SUMMONS ISSUED as to * NDEX West, LLC, America's Servicing Company, Mortgage Electronic Registration Services* with answer to complaint due within *21* days. Attorney *Richard Alan Hall* *Bottomline Lawyers* *985 Lincoln Way, Suite 206* *Auburn, CA 95603*. (Mena-Sanchez, L) (Entered: 06/14/2010) |

| | | |
|---|---|---|
| 06/14/2010 | 19 | ORDER signed by Judge Frank C. Damrell, Jr on 6/14/10 ORDERING that the time within which Plaintiffs must serve this lawsuit is enlarged from 6/14/10 to 6/21/2010. (Mena-Sanchez, L) (Entered: 06/14/2010) |
| 06/19/2010 | 20 | SUMMONS RETURNED EXECUTED: America's Servicing Company served on 6/18/2010. (Hall, Richard) Modified on 6/21/2010 (Carlos, K). (Entered: 06/19/2010) |
| 06/19/2010 | 21 | SUMMONS RETURNED EXECUTED: NDEX West, LLC served on 6/16/2010, answer due 7/7/2010. (Hall, Richard) (Entered: 06/19/2010) |
| 06/21/2010 | 22 | SUMMONS RETURNED EXECUTED: Mortgage Electronic Registration Services served on 6/21/2010, answer due 7/12/2010. (Hall, Richard) (Entered: 06/21/2010) |
| 07/09/2010 | 23 | MOTION to DISMISS by America's Servicing Company, Mortgage Electronic Registration Services. Attorney Carr, Christopher A. added. Motion Hearing set for 9/10/2010 at 10:00 AM in Courtroom 2 (FCD) before Judge Frank C. Damrell Jr.. (Carr, Christopher) (Entered: 07/09/2010) |
| 08/25/2010 | 24 | STIPULATION and PROPOSED ORDER for Continuance of Motion to Dismiss with Proof of Service re 23 MOTION to DISMISS by Daniel Major Edstrom, Teri Anne Edstrom. (Hall, Richard) (Entered: 08/25/2010) |
| 08/26/2010 | 25 | STIPULATION and ORDER 24 signed by Judge Frank C. Damrell, Jr. on 8/25/2010 ORDERING 23 Motion to Dismiss Hearing reset for 10/8/2010 at 10:00 AM in Courtroom 2 (FCD) before Judge Frank C. Damrell Jr. (Reader, L) (Entered: 08/26/2010) |
| 09/06/2010 | 26 | AMENDED STIPULATION AND PROPOSED ORDER to Continue Hearing date on Motion to Dismiss by plaintiffs. (Hall, Richard) Modified on 9/7/2010 (Duong, D). (Entered: 09/06/2010) |
| 09/24/2010 | 27 | MOTION Leave To Amend by Daniel Major Edstrom, Teri Anne Edstrom. Motion Hearing set for 12/3/2010 at 10:00 AM in Courtroom 2 (FCD) before Judge Frank C. Damrell Jr.. (Hall, Richard) (Entered: 09/24/2010) |
| 09/24/2010 | 28 | PROPOSED ORDER Stipulation with Order re 27 MOTION Leave To Amend by Daniel Major Edstrom, Teri Anne Edstrom. (Hall, Richard) (Entered: 09/24/2010) |
| 09/24/2010 | 29 | OPPOSITION by Daniel Major Edstrom, Teri Anne Edstrom to 23 MOTION to DISMISS. (Hall, Richard) (Entered: 09/24/2010) |
| 09/24/2010 | 30 | [WITHDRAWN SEE ORDER 37 ] REQUEST FOR ENTRY OF DEFAULT as to NDEX West, LLC by Teri Anne Edstrom, Daniel Major Edstrom. (Hall, Richard) Modified on 10/5/2010 (Reader, L). (Entered: 09/24/2010) |
| 09/24/2010 | 31 | DECLARATION of Richard Hall re 30 Request for Entry of Default. (Hall, Richard) (Entered: 09/24/2010) |
| 09/27/2010 | 32 | [DISREGARD SEE ORDER 37 ] CLERK'S ENTRY OF DEFAULT as to * NDEX West, LLC* (Owen, K) Modified on 10/5/2010 (Reader, L). (Entered: 09/27/2010) |
| 09/30/2010 | 33 | SECOND AMENDED COMPLAINT against All Defendants by Teri Anne Edstrom, Daniel Major Edstrom.(Hall, Richard) (Entered: 09/30/2010) |

Page No. 7
to Bill of Costs

| 09/30/2010 | 34 | DECLARATION of Richard Hall re 33 Amended Complaint. (Hall, Richard) (Entered: 09/30/2010) |
|---|---|---|
| 10/01/2010 | 35 | MINUTE ORDER by CRD M. Krueger for Judge Frank C. Damrell, Jr on 10/1/2010: Defendants America Servicing Company, and Mortgage Electronic Registration Services' Motion to Dismiss 23 is hereby SUBMITTED without oral argument. The hearing set for October 8, 2010 is VACATED. The Court will issue a written order. (TEXT ONLY) (Krueger, M) (Entered: 10/01/2010) |
| 10/04/2010 | 36 | PROPOSED ORDER and Request to Withdraw 30 Request for Entry of Default by Daniel Major Edstrom, Teri Anne Edstrom. (Hall, Richard) Modified on 10/5/2010 (Kaminski, H). (Entered: 10/04/2010) |
| 10/05/2010 | 37 | ORDER signed by Judge Frank C. Damrell, Jr. on 10/5/2010 ORDERING 36 that the entry of default 32 , be WITHDRAWN, and thereby remove as to NDEX West. (Reader, L) (Entered: 10/05/2010) |
| 10/06/2010 | 38 | ANSWER to 33 SECOND AMENDED COMPLAINT by NDEX West, LLC. Attorney Agawa, Thomas Keiji added.(Agawa, Thomas) Modified on 10/7/2010 (Kaminski, H). (Entered: 10/06/2010) |
| 10/06/2010 | 39 | DISCLOSURE STATEMENT Pursuant to Fed. R. Civ. P. 7.1 by NDEX West, LLC. (Agawa, Thomas) Modified on 10/7/2010 (Kaminski, H). (Entered: 10/06/2010) |
| 10/18/2010 | 40 | ORDER signed by Judge Frank C. Damrell, Jr on 10/18/2010 ORDERING that defendants' 23 motion to dismiss is GRANTED. Plaintiffs' claims are dismissed without leave to amend. Defendants America's Servicing Company and Mortgage Electronic Registration are hereby dismissed from this action. (Duong, D) (Entered: 10/18/2010) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/01/2010 08:52:24 | | | |
| PACER Login: | ww0119 | Client Code: | 03679.015 |
| Description: | Docket Report | Search Criteria: | 2:10-cv-00105-FCD-KJM |
| Billable Pages: | 4 | Cost: | 0.32 |

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the following document(s):
**BILL OF COSTS**
on all interested parties in said case addressed as follows:

Served Electronically via Court's CM/ECF System:

Richard A. Hall, Esq.
caed@bottomlinelawyers.com
Bottomline Lawyers
985 Lincoln Way, Suite 206
Auburn, California 95601

Tel: (530) 888-7100                                Fax (866) 305-1238

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on **November 12, 2010.**


__Nancy J. Peters__                                __/s/ Nancy J. Peters__
(Print name)                                                (Signature)