UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DANIEL MAJOR EDSTROM, and
TERRI ANNE EDSTROM,

      Plaintiffs,

  v.

NDEX WEST, LLC., et. al.,

      Defendants.

NO. 2:10-cv-0105 FCD KJM

<u>ORDER AND ORDER TO SHOW CAUSE
RE SANCTIONS</u>

----oo0oo----

1. The hearing on Defendant Mortgage Electronic Registration Systems, Inc.'s Motion for Award of Attorney Fees (Docket No. 41) is continued to February 11, 2011, at 10:00 a.m. Plaintiffs shall file and serve their opposition brief or notice of non-opposition no later than January 28, 2011.  The defendant may file and serve a reply on or before February 4, 2011.

2. Plaintiffs' counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendant's motion in compliance with Local Rule 230(c).

1    3.   Plaintiffs' counsel shall file his response to the
2 order to show cause on or before January 28, 2011.
3    4.   A hearing on the order to show cause, if necessary,
4 will follow the hearing on the motion.
5    IT IS SO ORDERED.
6 DATED: January 4, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE