# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

**DANIEL MAJOR EDSTROM, ET AL.**     CASE:  **2:10–CV–00105–FCD –EFB (TEMP)**

vs.

**NDEX WEST, LLC, ET AL.**     **ORDER OF REASSIGNMENT**

_____ /

    Due to the elevation of Magistrate Judge Kimberly J. Mueller to the position of United States District Judge, the court finds the necessity to assign a magistrate judge temporarily to the above captioned case until a new magistrate judge is appointed.

    IT IS THEREFORE ORDERED that:

    The above captioned case shall be and is hereby **temporarily reassigned** to Magistrate Judge Edmund F. Brennan for further proceedings until a new magistrate judge is appointed. The new case number for this action, which must be used on all documents filed with the court, is:

**2:10–CV–00105–FCD –EFB (TEMP)**

    All dates currently set in this reassigned action shall remain pending subject to further order of the court.

    DATED: January 6, 2011

_____
**ANTHONY W. ISHII**, CHIEF
U.S. DISTRICT COURT JUDGE