RICHARD A. HALL (SBN 135483)
BOTTOMLINE LAWYERS
985 Lincoln Way, Suite 206
Auburn, California 95603
Telephone: (530) 888-7100
Facsimile: (866) 305-1238

Attorneys for Plaintiffs
DANIEL MAJOR EDSTROM, an individual;
and TERI ANNE EDSTROM, an individual

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MAJOR EDSTROM, an individual; and TERI ANNE EDSTROM, an individual,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>NDEX WEST, LLC, a Delaware limited liability company; WELLS FARGO BANK, N.A.; AMERICA'S SERVICING COMPANY, a division of Wells Fargo Home Mortgage; U.S. BANK NATIONAL ASSOCIATION; RESIDENTIAL FUNDING COMPANY LLC; GMAC RESCAP, a wholly owned subsidiary of GMAC Financial Services; GMAC LLC; ALLY BANK fka GMAC Bank; RESIDENTIAL ASSET SECURITIES CORPORATION; RASC SERIES 2006-EMX4 TRUST; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS); FIRST PRIORITY FINANCIAL, INC., a California corporation; and BRENT STAGG, an individual; and DOES 1-10,000,<br><br>　　　　Defendants. | Case No.: 2:10-cv-0105-FCD-KJM<br><br>RESPONSE TO ORDER TO SHOW CAUSE |

- 1 -

Richard A. Hall of BottomLine Lawyers, attorney for the Plaintiff's, files this response to Court's Order to Show Cause filed January 4, 2011.

Specifically, the Court has ordered to show cause why Plaintiff's counsel should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition as required under Local Rule 230(c).

Since the first part of December 2010, our office has had several computer issues which have impacted our office calendaring system.  This problem was resolved in our office roughly 2 weeks ago with the replacement of some our computer hardware. I attempted to switch some of the computer processes, such as calendaring, to a temporary manual system but this created many inefficiencies and the response to the Defendant's motion slipped through the cracks of this temporary manual system.

Plaintiffs' counsel requests that Court consider this inadvertence as excusable neglect in that this conduct would also occur if it had been the act of a reasonably prudent person under the same circumstances pursuant to FRCP 60(b)(1).

Dated:  January 26, 2011          BOTTOMLINE LAWYERS

                                  By:  /s/ Richard A. Hall_____
                                  RICHARD A. HALL
                                  Attorney for
                                  DANIEL MAJOR EDSTROM and
                                  TERI ANNE EDSTROM, an individual