**2**   Richard A. Hall (#135483)
BOTTOMLINE LAWYERS
985 Lincoln Way, Suite 206
Auburn, California 95601
Phone: (530) 888-7100
Fax: (866) 305-1238

Attorneys for Plaintiffs
DANIEL MAJOR EDSTROM, an individual;
and TERI ANNE EDSTROM, an individual

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MAJOR EDSTROM, an individual; and TERI ANNE EDSTROM, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> NDEX WEST, LLC, a Delaware limited liability company; AMERICA's SERVICING COMPANY, an entity form unknown; MORTGAGE ELECTRONIC REGISTRATION SERVICES (MERS); and DOES 1-10,000, <br><br> Defendants. | CASE NO.: 2:10-CV-00105-FCD-CKD <br><br> **PROOF OF SERVICE RE NOTICE OF VOLUNTARY DISMISSAL** |

      I, Richard A. Hall, declare:

      That I am a citizen of the United States, over the age of 18 and not a party to this action. My business address is 985 Lincoln Way, Suite 206, Auburn, California 95603. On August 15, 2011, I served the following parties with a copy of "Notice of Voluntary Dismissal," as follows:

      By ECM/ECF transmission through the Court's approved electronic filing system to:

| | |
|---|---|
| Edward A. Treder, Esq.<br>BARRETT DAFFIN FRAPPIER<br>    TREDER & WEISS, LLP<br>20955 Pathfinder Road, Ste. 300<br>Diamond Bar, CA  91765<br>Telephone: (626) 915-5714<br>Telephone: (626) 915-5714<br>Fax:  (626) 915-0289<br>Email:  edwardt@BDFGroup.com | Attorneys for Defendant<br>NDEX West, LLC |

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Proof of Service is executed on August 15, 2011.

                                                        /s/ Richard A. Hall\
                                                        Richard A. Hall