Richard A. Hall (#135483)
**BOTTOMLINE LAWYERS**
985 Lincoln Way, Suite 206
Auburn, California 95601
Phone: (530) 888-7100
Fax: (866) 305-1238

Attorneys for Plaintiffs
DANIEL MAJOR EDSTROM, an individual;
and TERI ANNE EDSTROM, an individual

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MAJOR EDSTROM, an individual; and TERI ANNE EDSTROM, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> NDEX WEST, LLC, a Delaware limited liability company; AMERICA's SERVICING COMPANY, an entity form unknown; MORTGAGE ELECTRONIC REGISTRATION SERVICES (MERS); and DOES 1-10,000, <br><br> Defendants. | CASE NO.: 2:10-CV-00105-FCD-CKD <br><br> **[PROPOSED] ORDER RE NOTICE OF VOLUNTARY DISMISSAL** |

Upon consideration of plaintiffs' notice of voluntary dismissal of the above-referenced case, it is ordered that this case is hereby dismissed without prejudice.

IT IS SO ORDERED.

Dated: _____

_____
Honorable Carolyn K. Delaney
United States District Court