IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL MAJOR EDSTROM, ET AL.** | CASE: **2:10–CV–00105–KJM –CKD** |
| vs. | |
| **NDEX WEST, LLC, ET AL.** | **ORDER OF REASSIGNMENT** |

The court, having received the notice of full retirement of **Senior Judge Frank C. Damrell, Jr.,** finds the necessity for reassignment of the above captioned case, and for notice to be given to the affected parties.

IT IS THEREFORE ORDERED that:

The above captioned case shall be and is hereby **REASSIGNED** from **Senior Judge Frank C. Damrell, Jr.,** to **Judge Kimberly J. Mueller** for all further proceedings. The new case number for this action, which must be used on all documents filed with the court, is:

**2:10–CV–00105–KJM –CKD**

All dates currently set in this reassigned action shall remain effective subject to further order of the court.

DATED: August 31, 2011

**ANTHONY W. ISHII**, CHIEF
U.S. DISTRICT COURT JUDGE