EDWARD A. TREDER
State Bar No. 116307
THOMAS K. AGAWA
State Bar No. 175952
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, California 91765
Tel:  (626) 371-7032
Email: ThomasA@BDFGroup.com
Attorneys for Defendant NDEX WEST, LLC

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA  - SACRAMENTO

| | |
|---|---|
| DANIEL MAJOR EDSTROM, an individual, and TERI ANNE EDSTROM, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NDEX WEST, LLC, a Delaware limited liability company; AMERICA'S SERVICING COMPANY, an entity form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS); and DOES 1-10,000,<br><br>Defendants. | CASE NO.:  2:10-cv-00105 KJM CKD<br><br>[Proposed]<br>**ORDER GRANTING DEFENDANT NDeX WEST, LLC'S NOTICE OF AND MOTION FOR SUMMARY JUDGMENT/ADJUDICATION PURSUANT TO FED. R. CIV. P. 56**<br><br>Hearing:<br>Date: July 27, 2012<br>Time: 10:00 a.m.<br>Courtroom:   3<br>Hon. Kimberly J. Mueller<br>501 "I" Street, Sacramento, CA 95814<br>T: (916) 930-4193 |

1  The motion of defendant NDeX WEST, LLC ("Defendant"), for an order granting summary judgment, or, alternatively, adjudication on the 1st, 2nd & 4th claims in plaintiffs DANIEL MAJOR EDSTROM's & TERI ANNE EDSTROM's (collectively "Plaintiffs") second amended complaint ("2nd Amend. Complaint") came on for hearing in Courtroom 4 of this Court on July 27, 2012.

Having read and considered the motion, the memoranda and declarations filed by the parties, opposition and reply thereto, the Court finds as follows: that Defendant is entitled to summary judgment against Plaintiffs in this entire action.  Therefore, GOOD CAUSE APPEARING

IT IS ORDERED THAT the motion for summary judgment is granted against Plaintiffs as there are no triable issues of material fact and Defendant is entitled to judgment as a matter of law.

IT IS FURTHER ORDERED that Plaintiffs shall reimburse Defendants costs of suit including reasonable attorneys' fees pursuant to motion.

Dated:

By: _____
HON.
Judge/Magistrate for the U.S. District
Court for the Eastern District of California

1  Respectfully Submitted,

2  May 30, 2012

3

4  BARRETT DAFFIN FRAPPIER
   TREDER & WEISS, LLP

5

6  By: s/Thomas K. Agawa
   EDWARD A. TREDER

7  THOMAS K. AGAWA
   Attorneys for Defendants NDEX WEST, LLC,

8  DEUTSCHE BANK & ONEWEST BANK, FSB

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, Thomas K. Agawa, hereby certify that on May 30, 2012, a true and correct copy of **ORDER GRANTING DEFENDANT NDeX WEST, LLC'S NOTICE OF AND MOTION FOR SUMMARY JUDGMENT/ADJUDICATION PURSUANT TO FED. R. CIV. P. 56** was filed electronically and is available for viewing and downloading from the ECF system.

Unless otherwise noted herein, the following parties are deemed to have consented to electronic service of documents filed through the ECF system:

Plaintiffs' Lawyer
Richard Alan Hall
BottomLine Lawyers
985 Lincoln Way
Suite 206
Auburn, CA 95603
530-888-7100
Fax: 866-305-1238
Email: caed@bottomlinelawyers.com

Executed on May 30, 2012, at Diamond Bar, California.

I declare under penalty of perjury under the laws of the United States of California that the above is true and correct.

s/Thomas K. Agawa

Thomas K. Agawa, Esq.