```
1  Daniel Major Edstrom
2  2690 Brown Bear Ct
   Cool CA 95614
3  Tel: 916-207-6706
4  Teri Anne Edstrom
   935 Lincoln Way #213
5  Auburn Ca. 95603
6  Tel: 916-207-04412
   ~~Attorneys for Plaintiffs,~~
7  Daniel Major Edstrom and Teri Anne Edstrom, in Pro Per
```

**FILED**
SEP 05 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MAJOR EDSTROM and TERI ANNE EDSTROM, <br><br> Plaintiffs, <br><br> NDeX West, LLC, LLC, America's Servicing Company, Mortgage Electronic Registration Systems (MERS); and DOES 1-10,000 <br><br> Defendants. | CASE NO.: <br><br> **NOTICE OF APPEARANCE** <br><br> (Formerly Case #2:10-cv-00105-KJM-CKD) <br><br> 12-29353-B-11 <br><br> Chapter 11 |

TO: THE CLERK OF THE COURT AND ALL INTERESTED PARTIES: Please take Notice that the undersigned Daniel Major Edstrom and Teri Anne Edstrom enter their personal Appearance in this matter in addition to all other Appearances already on File.

///

///

///

///

-1-
NOTICE OF APPEARANCE

1  Dated: This 5th day of September, 2012                    PLAINTIFFS

3                                                         /s/
                                                          DANIEL EDSTROM, debtor-in-possession
4                                                         2690 Brown Bear Court
                                                          Cool, CA 95614

7                                                         /s/
                                                          TERI EDSTROM
8                                                         935 Lincoln Way #213
                                                          Auburn, CA 95603

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Auburn, California; my business address is 935 Lincoln Way, #303, Auburn, California 95603.

On the date below, I served a copy of the following document(s):
**NOTICE OF APPEARANCE;** on all interested parties in said case addressed as follows:

**Served by Fedex Overnight:**

**Attorneys for Daniel Major Edstrom and Teri Anne Edstrom**

Richard A. Hall (SBN 135483)
Dee L. Paull (SBN 126152)
David A. Pereira (Cert. Student Attorney #27093)
BottomLine Lawyers
985 Lincoln Way, Suite 206
Auburn, California 95603
Tel: (530) 888-7100                Facsimile: (866) 305-1238

**Attorneys for NDeX West, LLC**

Edward Treder and Thomas Agawa
Barrett Daffin Frappier Treder and Weiss, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, California 91765
Tel: (626) 371-7032                Email: ThomasA@BDFGroup.com

**Attorneys for MERS, ASC, and Wells Fargo Bank**

Christopher A. Carr, Esq. & Kenneth A. Franklin, Esq.
ANGLIN FLEWELLING RASUMSSEN CAMPBELL AND TRYTTEN, LLP
199 South Los Robles Avenue, Suite 600
Pasadena, CA 91101-2459

☐    **BY MAIL**: By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Auburn, California, in sealed envelopes with postage fully thereon.

☒ **BY FEDEX OVERNIGHT**: I served the parties above with the envelope for FEDEX following ordinary business practices. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing with FEDEX. Under that practice it would be deposited with FEDEX on that same day fully prepaid at Auburn, California in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration is executed in Auburn, California, on **September 5, 2012**.

_James Macklin_
(Print name)

_/s/_
(Signature)