UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

                                **JUDGMENT IN A CIVIL CASE**

**DANIEL MAJOR EDSTROM, ET AL.,**

                                CASE NO: **2:10−CV−00105−KJM−CKD**

       v.

**NDEX WEST, LLC, ET AL.,**

**XX** −− **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/17/12**

                                        **Victoria C. Minor**
                                        Clerk of Court

ENTERED:  **September 17, 2012**

                            by:  /s/  A. Meuleman
                                  Deputy Clerk